**UNITED STATES v. COLITZ et al.**
No. 5308.

Circuit Court of Appeals, Seventh Circuit.
April 14, 1936.

M. L. Igoe and Dwight H. Green, U. S. Attys., and Heber T. Dotson, Asst. U. S. Atty., all of Chicago, Ill.

William Greene and H. L. Howard, both of Chicago, Ill., for appellee.

PER CURIAM.

On consideration whereof, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed; and that this cause be, and the same is hereby, remanded to the District Court of the United States for the Northern District of Illinois, Eastern Division, pursuant to the foregoing stipulation.